*Isaac F. Maltby et al.* v. *Talbot P. Powers et al.* M. FILLMORE and N. K. HALL, for appellants; J. L. TALCOTT, for respondents.

So much of the decree of the vice chancellor as is appealed from reversed; and the respondents and all persons claiming under them directed to be perpetually enjoined from proceeding in any way to enforce payment of the bond and mortgage, and the same ordered to be delivered up and cancelled. Proceedings remitted to vice chancellor.

*John Padgett* v. *John B. Lawrence et al.* H. VANDER LYN, for complainant; JAMES CLAPP, for defendants.

Decree of the vice chancellor of the sixth circuit reversed, and bill dismissed with costs.

*David Russell* v. *Abram Allen et al.* D. BUEL Jun., for complainant; S. STEVENS, for defendants.

Decree appealed from affirmed with costs.

*Hubbell Knapp* v. *Mary E. Alvord administratrix &c.* IRA HARRIS, for the creditors, Rathbone & Smith; S. STEVENS and O. MEADS, for the administratrix.

Decided in this case that where a power of sale in a mortgage of personal property is coupled with an interest in such property in the mortgagee, by way of lien upon it for debts and liabilities incurred for the mortgagor, such power of sale will survive on the death of the mortgagor. [Power of sale in a mortgage when it survives.]

That a factor has a lien upon property of the principal in his hands, and may retain for a general balance, including responsibilities incurred in the execution of his agency. Exceptions to master's report overruled with costs, and report confirmed. [Lien of a factor.]

*William G. Boardman et al.* v. *Elias G. Halliday et al.* IRA HARRIS, for complainants; L. H. SANDFORD, for assignees.

The chancellor decided in this case that an assignment of a debtor's property in trust for the payment of his debts, which confers upon the assignee a power to give future preferences among the creditors, or to pay the debts of the assignor in such order of priority as the assignees should judge most just and equitable, is fraudulent and void. [Assignment by debtor, with power to assignees to give preferences.]